```
 1  ANDRÉ BIROTTE JR.
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar Number No. 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone:  (213) 894-5710
 9       Facsimile:  (213) 894-7177
         E-Mail:     frank.kortum@usdoj.gov
10
11  Attorneys for Plaintiff
    United States of America
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CV 09-8701 MMM (AGRx) |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF KNOWN POTENTIAL CLAIMANTS JAY APSEY, AND CNP INTERNATIONAL, LLC AKA CNP AKAMA VENTURES, LLC AND ALL OTHER POTENTIAL CLAIMANTS; DECLARATION OF FRANK KORTUM** |
| v. | ) | |
| $806,900.00 IN U.S. CURRENCY, $233,120.00 IN U.S. CURRENCY AND $9,010.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | [Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Rules of Practice for the Central District of California, Plaintiff United States of America hereby respectfully applies for entry of default by the Clerk in the instant action against the interest of known

```
 1  potential claimants Jay Apsey ("Apsey") and CNP International,
 2  LLC ("CNP") aka CNP Akama Ventures, LLC, and all other potential
 3  claimants.
 4       This application is based on the facts set forth in the
 5  attached Declaration of Frank Kortum (the "Kortum Declaration")
 6  and the facts appearing in the Court's file.
 7  //
 8  //
 9  //
10  //
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

As set forth more particularly in the Kortum Declaration, notice of this action has been published as required by Rule G(4) of the Supplemental Rules For Certain Admiralty or Maritime and Asset Forfeiture Claims ("Supplemental Rules") and Rules C(3) and C(4)(a)(1) of the Local Rules For Admiralty and Maritime Claims ("Local Rules"). Moreover, plaintiff has mailed notice of this action to known potential claimants Apsey and CNP as required by Local Rule C(4)(a)(3). Plaintiff has not received a claim from known potential claimants Apsey and CNP, or any other potential claimants. Known potential claimants Apsey and CNP are not minors nor incompetent persons, and do not serve in the U.S. military. Therefore, the Soldiers' and Sailors' Civil Relief Act of 1940 therefore does not apply.

DATED: April 12, 2010

    ANDRÉ BIROTTE JR.
    United States Attorney
    CHRISTINE C. EWELL
    Assistant United States Attorney
    Chief, Criminal Division
    STEVEN R. WELK
    Assistant United States Attorney
    Chief, Asset Forfeiture Section

    /s/ Frank Kortum
    _____
    FRANK KORTUM
    Assistant United States Attorney

    Attorneys for Plaintiff
    United States of America