JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$806,900.00 IN U.S. CURRENCY,<br>$233,120.00 IN U.S. CURRENCY,<br>AND $9,010.00 IN U.S. CURRENCY,<br><br>Defendants. | CASE NO. CV 09-08701 MMM (AGRx)<br><br>JUDGMENT FOR PLAINTIFF |

On March 9, 2012, the court granted plaintiff's motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. The defendant currency is forfeited to the United States; and
2. The action is dismissed.

DATED: March 9, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE